UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00218

———

**Anthony Vandenabeelen,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

———

## ORDER

Petitioner filed this habeas action under 28 U.S.C. § 2254. Doc. 1. The case was referred to a magistrate judge (Doc. 4), who recommended that the action be dismissed without prejudice for petitioner's failure to exhaust his claims in state court. Doc. 30 at 10. Petitioner filed written objections. Doc. 32.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994). When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Petitioner argues that the state court (or this court) should have found his state habeas application to be properly filed for various reasons. But for the same reasons explained by the magistrate

- 1 -

judge, the state court's proper enforcement of its own procedural rules precludes federal habeas relief. Doc. 30 at 5–6. Petitioner's remaining arguments concern his substantive claims. However, as explained by the magistrate judge, the court cannot grant an application for habeas relief if petitioner has not exhausted his state court remedies. Doc. 30 at 3. Petitioner's underlying claims are not material to the dispositive issue of exhaustion and petitioner has not shown that any exception to the exhaustion rule applies. Accordingly, petitioner's objections are overruled.

Having reviewed the magistrate judge's report de novo and being satisfied that there is no error, the court accepts the report's findings and recommendations. Petitioner's case is dismissed without prejudice as unexhausted. The court sua sponte denies a certificate of appealability of this order and judgment. Any pending motions are denied as moot.

*So ordered by the court on February 25, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 2 -